IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
        Plaintiffs, )
)
        v. )   Civil Action No. 07-1991 (JDB)
)
SHARP CONCRETE CORPORATION, )
)
        Defendant. )
)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the voluntary dismissal of this action against Defendant, Sharp Concrete Corporation.

January _____, 2008

                                          Ira R. Mitzner, D. C. Bar #184564
                                          DICKSTEIN SHAPIRO LLP
                                          1825 Eye Street, N.W.
                                          Washington, D.C. 20006

                                          Attorney for the Plaintiffs

2377025

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1991 (JDB) |
| ) | |
| SHARP CONCRETE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Voluntary Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
John D. Bates
United States District Court Judge

2377020