IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | ) | |
|---|---|---|
| JOHN FLYNN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1991 (JDB) |
| | ) | |
| SHARP CONCRETE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Voluntary Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this 8 day of January, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
John D. Bates
United States District Court Judge

2377020